# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE WATKINS,<br><br>                     Plaintiff,<br>vs.<br><br>STU SHERMAN,<br><br>                     Defendant. | CASE NO. 14-cv-260-LAB-BGS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. NO. 14) RE: PETITION FOR WRIT OF HABEAS CORPUS (DOC. NO. 1)** |

Watkins filed a Petition for Writ of Habeas Corpus. (Docket no. 1.) Judge Skomal issued a report and recommendation (the "R&R") on Watkins' Petition, recommending that it be denied. (Docket no. 14.)

Objections to the R&R were initially due on January 20, 2015. (*Id.* at 27.) Watkins requested a ninety day extension. (Docket no. 16.) The Court granted Watkins' request, extending the objection due date to May 4, 2015, but made clear that "[n]o further extensions will be granted absent a showing of extraordinary good cause." (Docket no. 17.) Watkins didn't file an objection.

"The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b). "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The "statute makes it clear that the district

judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has nonetheless reviewed the R&R and agrees with its rationale and conclusions. The R&R is **ADOPTED**. Watkins' habeas Petition is **DENIED**.

**IT IS SO ORDERED**.

DATED: July 15, 2015

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge