# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| TERRENCE WATKINS, | CASE NO. 14-cv-260-LAB-BGS |
|---|---|
| Plaintiff, | **ORDER DENYING CERTIFICATE OF APPEALABILITY** |
| vs. | |
| STU SHERMAN, | |
| Defendant. | |

Watkins filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Docket no. 1.) Magistrate Judge Skomal issued a report and recommendation on Watkins' Petition, recommending that it be denied. (Docket no. 14.) The Court adopted the report and recommendation. (Docket no. 18.)

A certificate of appealability must be obtained by a petitioner in order to pursue an appeal from a final order in a Section 2254 habeas corpus proceeding. *See* 28 U.S.C. § 2253(c)(1)(A); Fed R. App. P. 22(b). Pursuant to Rule11 of the Federal Rules Governing Section 2254 Cases, "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." A certificate of appealability should be issued only where the petition presents "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). It must appear that reasonable jurists could find the district court's assessment of the petitioner's constitutional claims debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

In this case, the Court finds that Petitioner did not make a substantial showing of the denial of a constitutional right, the issues are not debatable among jurists of reason, and a court could not resolve the issues in a different manner.  See *Miller–El v. Cockrell*, 537 U.S. 322, 327 (2003).  The Court **DENIES** a certificate of appealability.

**IT IS SO ORDERED**.

DATED: July 22, 2015

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge